IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**WASHINGTON INVESTMENTS, LLC**

  **Plaintiff,**

**v.**             **Case No.: 2:24-cv-01756**

**BLENDED, LLC**
**900 Wildflower Drive, Suite 910**
**Washington, PA 15301**


**SAMANTHA DELEE**
**646 Elmhurst Drive**
**Washington, PA 15301**


**JOSIAH DELEE**
**646 Elmhurst Drive**
**Washington, PA 15301**

  **Defendants.**

## COMPLAINT

  **COMES NOW** the Plaintiff, Washington Investments, LLC, by and through undersigned counsel, and for its Complaint against Defendants, states as follows:

## PARTIES

  1. Washington Investments, LLC, ("Washington"), is a West Virginia Limited Liability Company authorized to, and doing business in, Washington County, Pennsylvania with its principal office located at 6200 Mid Atlantic Drive, Morgantown, West Virginia.

  2. Blended, LLC, ("Blended"), is, or was at the time relevant hereto, a Pennsylvania Limited Liability Company with its principal office located at 300 Wildflower Drive, Suite 910, Washington, PA.

3.     Upon information and belief, Samantha DeLee is a member and owner of Blended, is a personal guarantor of the Lease for Blended, and is a resident of Washington County, Pennsylvania residing at 646 Elmhurst Drive, Washington, PA.

4.     Upon information and belief, Josiah DeLee is a member and owner of Blended, is a personal guarantor of the Lease for Blended, and is a resident of Washington County, Pennsylvania residing at 646 Elmhurst Drive, Washington, PA.

## JURSIDICTION AND VENUE

5.     The Court has jurisdiction over this matter pursuant to 28 U.S. Code § 1332.

6.     Venue is appropriate in this Court pursuant to 28 U.S. Code § 1391(b) because Defendant both resides in this judicial district and because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## COUNT I - BREACH OF CONTRACT

7.     On November 21, 2017, Blended, Samantha DeLee, and Josiah DeLee (hereinafter collectively "Defendants"), entered into a contract with Washington for the lease of real property located at 900 Wildflower Drive, Suite 910, Washington, Pennsylvania (hereinafter "Property"). *See* Lease attached hereto as Exhibit A.

8.     The Lease specifically set forth the terms of the Lease, and the rights, duties, responsibilities, and liabilities of each party to the Lease, including the rental amounts.

9.     As of the date of filing this Complaint, Defendants have refused to pay the full rental amounts pursuant to the terms of the lease and have unreasonably withheld payments.

10.     Defendants have been sent multiple Notices of Default, yet still have failed to pay the amount delinquent under the lease agreement. *See* Notice of Default letters attached hereto as Exhibit B.

11.     Defendants have defaulted under the lease and caused damage to Plaintiff. As a direct and proximate result of this conduct, Plaintiff has sustained economic damages, and will sustain brokerage fees, attorney's fees, and additional costs, recoverable under the agreement.

12.     Defendants, as of the date of filing this Complaint, are responsible for back rent, CAM fees, taxes, insurance, and late fees in the amount of $184,011.82. *See* Blended Account breakdown attached hereto as Exhibit C.

13.     Defendants have breached their agreement by refusing to pay the amounts due and owing, and by failing to cure the defaults.

14.     Defendant Samantha DeLee is personally liable as personal guarantor of the Lease for Blended. *See* Exh. A, pp. 21-22.

15.     Defendant Josiah DeLee is personally liable as personal guarantor of the Lease for Blended. *See* Exh. A, pp. 21-22.

16.     Plaintiff is entitled to an award of compensatory damages, attorney's fees, and all other remedies available by law.

## DAMAGES

**WHEREFORE**, the Plaintiff respectfully requests that this Court grant judgment in its favor, award an amount to compensate the Plaintiff for at least the amount of $184,011.82 delinquent under the lease terms, plus, accelerate payments, and award brokerage fees incurred in association of the re-let of the space, and payments for attorney's fees, and for all other further relief this Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury on all causes of actions and counts stated herein.

WASHINGTON INVESTMENTS,
LLC,
By Counsel.

/s/Mark A. Kepple
Mark A. Kepple, Esq.
W. Va. Bar # 7470
Bailey and Wyant, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
(304) 233-3100
Fax: 304-233-0201
mkepple@baileywyant.com

4